IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARTEZ MARCUS FUENTES, )
)
        Plaintiff, )
)
v. ) 1:21CV91
)
VIC HERNANDEZ, et al., )
)
        Defendants. )

## JUDGMENT

On November 3, 2021, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Complaint, (Doc. 2), be, and the same is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted, without prejudice to Plaintiff re-filing and re-stating his claims on the appropriate forms.

**IT IS SO ORDERED.**

This the 28th day of February, 2022.

                                    /s/ William L. Osteen, Jr.
                                  United States District Judge